In the Matter of the Petition of THE PRUDENTIAL INSURANCE COMPANY OF AMERICA to Remove Four Actions between ABRAHAM SCHEMEL, as Plaintiff, and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, as Defendant, from the City Court of Yonkers to the Supreme Court, Westchester County. (Actions 1, 2, 3 and 4.) THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant; ABRAHAM SCHEMEL, Respondent.— Order of the Special Term, Westchester county, made on reargument, denying petitioner's application to transfer actions to the Supreme Court for trial, affirmed, with ten dollars costs and disbursements. No opinion. Appeal from order dated March 4, 1938, dismissed. Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ., concur.